AO 245D    (Rev 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

United States District Court
Southern District of Texas
ENTERED
SEP 2 5 2006
Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Brownsville

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | (For **Revocation** of Probation or Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| **CHRISTOPHER HARRISON** | Case Number: **1:00CR00479-001** |
| | USM Number: 94909-079 |

☐ See Additional Aliases.

Rudy X. Rodriguez
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) <u>Mandatory and Standard</u> of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory: The defendant shall not commit another federal, state or local crime | 12/09/2005 |
| 2 | Mandatory: The defendant shall not commit another federal, state or local crime | 01/30/2006 |
| 3 | Standard No. 7: The defendant shall not possess any controlled substance | 01/30/2006 |

☐ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the *Sentencing Reform Act of 1984.*

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: <u>XXX-XX-9610</u>

Defendant's Date of Birth: <u>1978</u>

Defendant's Residence Address:
<u>Brownsville, Texas</u>

Defendant's Mailing Address:
<u>Brownsville, Texas</u>

September 7, 2006
Date of Imposition of Judgment

Signature of Judge

**HILDA G. TAGLE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

9/25/06
Date

MJG    56750
RB

AO 245D      (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 2 -- Imprisonment

Judgment -- Page 2 of 2

DEFENDANT: **CHRISTOPHER HARRISON**

CASE NUMBER: **1:00CR00479-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a

total term of _____8 months_____

The term of imprisonment imposed by this judgment shall run consecutively to the defendant's term of imprisonment in Criminal Cause 1:06CR00418-001, Southern District of Texas.

It is the order of the Court that the PSI in this case is for use by the Bureau of Prisons employees only and SHALL NOT be further disclosed to any other party (other than the defendant), agency or individual without written permission of this Court, except in instances of escape or failure to surrender, when the report is needed by the U.S. Marshals.

☐ See Additional Imprisonment Terms

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
         DEPUTY UNITED STATES MARSHAL

**NOTE: U.S. Marshal - This is 2 of 2 Judgments.